IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LOUIS J. ALIOTA, | ) | Docket No. 1:23-cv-00188-SPB |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MILLCREEK TOWNSHIP SCHOOL | ) | |
| DISTRICT, | ) | |
| MEREDITH BOLLHEIMER, individually, | ) | |
| CHRISTOPHER BUSKO, individually, | ) | |
| JOHN DiPLACIDO, individually, | ) | |
| DONNIE HOSFORD, individually, | ) | |
| JANINE McCLINTIC, individually, | ) | |
| JOHN PITZER, individually, | ) | |
| DONNA REESE, individually, | ) | |
| KAREN MORAHAN, individually, | ) | |
| GARY WINSCHEL, individually, | ) | |
| LISA CAPPABIANCA, individually, | ) | |
| JASON DEAN, individually, | ) | |
| J. MICHAEL LINDER, individually, | ) | |
| SHIRLEY WINSCHEL, individually, | ) | |
| RICK LANSBERRY, individually, | ) | |
| JANIS FILBECK, individually, | ) | |
| SALLIE NEWSHAM, individually and | ) | |
| KIM LUPICHUK, individually, | ) | |

Defendants

**NOTICE OF APPEARANCE**

Kindly enter the appearance of the undersigned counsel, Neal R. Devlin, on behalf of

Defendants, Millcreek Township School District, Meredith Bollheimer, Christopher Busko, John

DiPlacido, Donnie Hosford, Janine McClintic, John Pitzer, Donna Reese, Karen Morahan, Gary

Winschel, Lisa Cappabianca, Jason Deal, J. Michael Linder, Shirley Winschel, Rick Lansberry,

Janis Filbeck, Sallie Newsham and Kim Lupichuk, in the above-captioned matter.

Respectfully submitted,

KNOX McLAUGHLIN GORNALL &
SENNETT, P.C.

BY: */s/ Aurora L. Hardin*
      Aurora L. Hardin, Esq.
      120 West Tenth Street
      Erie, Pennsylvania 16501
      (814) 459-2800
      Email:  ndevlin@kmgslaw.com

      Attorneys for Defendants

# 2450429.v1